**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
**Docket Report**

## 1784CV04046 Venditto, Karen vs. Midland Funding LLC et al

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Equitable Remedies | **FILE DATE:** | 12/13/2017 |
| **ACTION CODE:** | D99 | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** | Other Equity Action | | |
| **CASE DISPOSITION DATE** | 01/08/2018 | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE:** | 01/08/2018 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil A |

### LINKED CASE

### PARTIES

**Plaintiff**
Venditto, Karen

686937
Michael A Satterwhite
The Satterwhite Law Firm, P.C.
The Satterwhite Law Firm, P.C.
PO Box 569
Revere, MA 02151
Work Phone (781) 629-4829
Added Date: 12/13/2017

691320
Philip Richard Schreffler
Satterwhite Law Firm
Satterwhite Law Firm
PO Box 569
Revere, MA 02151
Work Phone (781) 629-4829
Added Date: 12/13/2017

**Defendant**
Midland Funding LLC

261080
Gordon P Katz
Holland & Knight LLP
Holland & Knight LLP
10 St James Ave
Boston, MA 02116
Work Phone (617) 573-5839
Added Date: 01/05/2018

661611
Benjamin M McGovern
Holland & Knight
Holland & Knight
10 St James Ave
Boston, MA 02116
Work Phone (617) 619-9276
Added Date: 01/05/2018

| Defendant<br>Midland Portfolio Services Inc | Gordon P Katz<br>Holland & Knight LLP<br>Holland & Knight LLP<br>10 St James Ave<br>Boston, MA 02116<br>Work Phone (617) 573-5839<br>Added Date: 01/05/2018 | 261080 |
|---|---|---|
| | Benjamin M McGovern<br>Holland & Knight<br>Holland & Knight<br>10 St James Ave<br>Boston, MA 02116<br>Work Phone (617) 619-9276<br>Added Date: 01/05/2018 | 661611 |

| INFORMATIONAL DOCKET ENTRIES ||||
|---|---|---|---|
| Date | Ref | Description | Judge |
| 12/13/2017 | | Attorney appearance<br>On this date Philip Richard Schreffler, Esq. added for Plaintiff Karen Venditto | |
| 12/13/2017 | | Attorney appearance<br>On this date Michael A Satterwhite, Esq. added for Plaintiff Karen Venditto | |
| 12/13/2017 | | Case assigned to:<br>DCM Track F - Fast Track was added on 12/13/2017 | |
| 12/13/2017 | 1 | Original civil complaint filed. | |
| 12/13/2017 | 2 | Civil action cover sheet filed. ($65,000) TRK | |
| 12/13/2017 | | Demand for jury trial entered. | |
| 12/13/2017 | | Notice of 93A complaint sent to Attorney General | |
| 12/18/2017 | 3 | Amended: amended complaint filed by Karen Venditto<br>& jury demand | |
| 12/18/2017 | 4 | Plaintiff Karen Venditto's EMERGENCY Motion for<br>an Ex parte Temporary restraining order and preliminary injunction<br>after notice against deft Midland<br>Funding LLC | |
| 12/18/2017 | 5 | Plaintiff Karen Venditto's Motion for<br>appointment of Snider & D'Amato Constables as special process<br>server & order of appointment & Allowed<br><br>Judge: Kazanjian, Hon. Helene | Kazanjian |
| 12/21/2017 | | Event Result:<br>Judge: Tochka, Hon. Robert N<br>The following event: Hearing on Preliminary Injunction scheduled for<br>12/21/2017 02:00 PM has been resulted as follows:<br>Result: Rescheduled<br>Reason: By Court prior to date | Tochka |
| 12/22/2017 | | The following form was generated:<br><br>Notice to Appear<br>Sent On: 12/22/2017 09:41:34 | |
| 12/22/2017 | | The following form was generated:<br><br>Notice to Appear<br>Sent On: 12/22/2017 09:42:12 | |
| 01/04/2018 | | Event Result:<br>Judge: Campo, Hon. Anthony M.<br>The following event: Hearing on Preliminary Injunction scheduled for<br>01/04/2018 03:00 PM has been resulted as follows:<br>Result: Canceled<br>Reason: Transferred to another session | Campo |
| 01/05/2018 | | Attorney appearance<br>On this date Gordon P Katz, Esq. added for Defendant Midland Funding<br>LLC | |



COMMONWEALTH OF MASSACHUSETTS
SUFFOLK COUNTY CIVIL
Docket Report

| | | |
|---|---|---|
| 01/05/2018 | | Attorney appearance<br>On this date Benjamin M McGovern, Esq. added for Defendant Midland Funding LLC |
| 01/05/2018 | | Attorney appearance<br>On this date Gordon P Katz, Esq. added for Defendant Midland Portfolio Services Inc |
| 01/05/2018 | | Attorney appearance<br>On this date Benjamin M McGovern, Esq. added for Defendant Midland Portfolio Services Inc |
| 01/05/2018 | 6 | Notice of Removal to the United States District Court filed by<br><br>Defendants (US Distb# 18-cv-10020)<br><br>Applies To: Midland Funding LLC (Defendant); Midland Portfolio Services Inc (Defendant) |
| 01/08/2018 | | REMOVED to the U.S. District Court of Massachusetts |
| 01/08/2018 | | Case transferred to another court. |

I HEREBY ATTEST AND CERTIFY ON
Jan. 10, 2018 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: /s/ Maryanne M. Sills
Asst. Clerk

## CERTIFICATE OF SERVICE

    I, Benjamin M. McGovern, hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                            /s/ Benjamin M. McGovern
                                            Benjamin M. McGovern

Dated:  January 26, 2018