## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Karen Venditto
           Plaintiff

V.

Midland Funding LLC et al
           Defendant

CIVIL ACTION

NO. 18-10020-NMG

## ORDER OF DISMISSAL

Gorton, D. J.

In accordance with the Court's Memorandum and Order dated 9/7/2018 Granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

9/10/2018
Date

/s/ Christina McDonagh
Deputy Clerk